# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 30, 2020

161065

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

v

SC: 161065
COA: 345285
Oakland CC: 2018-266772-FH

LOUIS EDWARD JAMISON-LAWS,
    Defendant-Appellant.

_____/

    On order of the Court, the application for leave to appeal the November 21, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



    I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 30, 2020



Clerk

a0622